DANIEL JOHNSON JR. State Bar No. 57408
MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001

DAVID C. BOHRER. State Bar No. 212397
MORGAN, LEWIS & BOCKIUS LLP
Two Palo Alto Square
3000 El Camino Real, Suite 700
Palo Alto, CA 94306-1126
Tel: 650.843.4000
Fax: 650.843.4001

Attorneys for Plaintiff
ABAXIS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABAXIS Inc., <br><br> Plaintiff, <br><br> vs. <br><br> CEPHEID, INC. <br><br> Defendants. | Case No. C 05 3618 <br> Judge: Patricia V. Trumbull <br><br> **NOTICE OF DISMISSAL** |

Pursuant to 41(a)(1)(i) of the Federal Rules of Procedure, Plaintiff Abaxis, Inc., by and through their attorneys of record hereby files Notice as follows:

1. This entire action, including all claims, shall be dismissed without prejudice as to all parties.

2. Abaxis, Inc., and Cepheid, Inc., shall bear their own costs, fees and expenses incurred in connection with this action.

Dated: October 6, 2005.                                    MORGAN, LEWIS & BOCKIUS LLP

By: /s/ David C. Bohrer
David C. Bohrer
Attorneys for Plaintiff
ABAXIS INC.